IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE BYRD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4957 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | |

## ORDER

AND NOW, this 30th day of October 2024, upon studying the administrative record (ECF 10 and 11), Plaintiff's Brief and Statement of Issues in support of her request for review (ECF 16), Defendant's Response (ECF 19), Plaintiff's Reply (ECF 20), Judge Reid's comprehensive August 2, 2024 Report and Recommendation (ECF 25), Plaintiff's one objection to Judge Reid's Report and Recommendation (ECF 27), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **APPROVE** and **ADOPT** Judge Reid's Report and Recommendation (ECF 25);

2. **DENY** the relief sought in Plaintiff's Statement of Issues (ECF 16);

3. **ENTER JUDGMENT** for Defendant; and,

4. **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.